UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


Jared Mendonsa

    v.                                 Civil No. 13-cv-00125-JL

Abercrombie & Fitch Stores, Inc.



**ORDER AFTER PRELIMINARY**
**PRETRIAL CONFERENCE**


The Preliminary Pretrial Conference was held in chambers on
**May 13, 2013.**

The Discovery Plan (document no. 11) is approved as
submitted, with the following changes:

- DeBenedetto disclosure deadline – **May 13, 2013**

- Summary judgment deadline – **February 12, 2014**

- Jury trial – **July 8, 2014**

Based on the discussions between the court and counsel at
the conference, the following are **stricken** without prejudice to
being reinstated on request if warranted by the evidence:

  • the plaintiff's claim for libel (to be replaced by a
slander claim in an amended complaint);

  • the following affirmative defenses:  Second (statute of
limitations); Third through Sixth (laches, consent, estoppel,
waiver); Fourteenth (setoff, offset, recoupment).

The defendant denies ¶ 2 of the compliant.

**Summary Judgment.**   The parties and counsel are advised that

compliance with Rule 56(e) and Local Rule 7.2(b), regarding

evidentiary support for factual assertions, and specification and

delineation of material issues of disputed fact, will be

required.

**Oral argument on dispositive motions.**   Counsel and the

parties should anticipate that oral argument will be held on all

dispositive motions.   Any party preferring that such a motion be

decided on the written filings alone should so notify the clerk.

**Discovery disputes.**   Discovery disputes will be handled by

the undersigned judge, as opposed to the Magistrate Judge, in the

normal course.   No motion to compel is necessary.   The party or

counsel seeking discovery-related relief should confer with

adverse counsel to choose mutually available dates, and then

contact the Deputy Clerk to schedule a conference call with the

court.   The court will inform counsel and parties what written

materials, if any, should be submitted in advance of the

conference call.

Customary motions to compel discovery, while disfavored by

the undersigned judge, are nonetheless permissible.   If counsel

prefer traditional discovery litigation to the conference call

procedure set forth above, any such motion to compel should

expressly request, in the title of the motion, a referral to the

United States Magistrate Judge.   Such referral requests will

normally be granted.  If the Magistrate Judge is recused,

alternate arrangements will be made.


       **SO ORDERED.**

                                                  _____
                                                  Joseph N. Laplante
                                                  United States District Judge

Dated:  May 13, 2013

cc:   John T. Pendleton, Esq.
      C. Kevin Leonard, Esq.
      Daniel J. Cianchetta, Esq.
      Mark A. Knueve, Esq.
      Wilbur A. Glahn, III, Esq.
      Steven J. Dutton, Esq.